THIS OPINION HAS NO PRECEDENTIAL
VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING
EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The
 State,        Respondent,
 
 
 

v.

 
 
 
 Demond
 Hughes,        Appellant.
 
 
 

Appeal From York County
John C. Hayes, III, Circuit Court Judge

Unpublished Opinion No.
2005-UP-493
Submitted August 1, 2005  Filed August 18, 2005  

APPEAL DISMISSED

 
 
 
 Assistant Appellate Defender
 Robert M. Dudek, Office of Appellate Defense, of Columbia, for
 Appellant.
 Legal Counsel Tommy Evans,
 Jr., Legal Counsel J. Benjamin Aplin, and Deputy Director for Legal
 Services Teresa A. Knox, S.C. Dept. of Probation, of Columbia, for
 Respondent.
 
 
 

PER CURIAM:  Demond
Hughes appeals arguing the trial court erred by revoking his probation. 
Pursuant to Anders v. California, 386 U.S. 738 (1967), Hughes counsel
attached a petition to be relieved stating that he has reviewed the record and
found the appeal to be without merit.  Hughes did not file a separate pro
se brief.
After a thorough review of the
record pursuant to Anders and State v. Williams, 305 S.C. 116, 406
S.E.2d 357 (1991), we dismiss the appeal and grant counsels petition to be
relieved.
APPEAL DISMISSED.[1]
ANDERSON, J., HUFF and WILLIAMS,
JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215,
SCACR.